```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHIVA STEIN,                             :      20cv3656(DLC)
                                         :
                    Plaintiff,           :      ORDER
         -v-                             :
                                         :
WILLIS TOWERS WATSON PUBLIC LIMITED      :
COMPANY, ANNA C. CATALANO, VICTOR F.     :
GANZI, JOHN J. HALEY, WENDY E. LANE,     :
BRENDAN R. O'NEILL, JAYMIN B. PATEL,     :
LINDA D. RABBITT, PAUL THOMAS, and       :
WILHELM ZELLER,                          :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of June 15, 2020 scheduled the initial pretrial conference in this case to occur as a telephonic conference on August 7, 2020.  It is hereby

ORDERED that the August 7 conference is adjourned to **August 28, 2020** at **10:00 a.m.**  The parties shall use the following dial-in credentials for the conference.

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

The parties shall use a landline if one is available.

Dated:    New York, New York
          June 17, 2020

                                         _____
                                              DENISE COTE
                                         United States District Judge